Mary Shea Hagebols (SBN 113222)
SHEA LAW OFFICES
1814 Franklin Street, Suite 800
Oakland, CA 94612
Tel: 510-208-4422
Fax: 415-520-9407
shealaw@aol.com

Attorney for Plaintiff Judith Roberts

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH ROBERTS, <br> Plaintiff, <br> v. <br> OREGON HEALTH & SCIENCE UNIVERSITY, SUMMIT TECH CONSULTING, LLC, a Georgia Limited Liability Corporation; JONATHAN SCOTT INTERNATIONAL, LLC, an Ohio limited liability corporation; SALLY GODZER, an individual; and DOES 1-20, <br> Defendants. | Case No. C09-01477 MEJ <br><br> STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT |

Pursuant to Civil Local Rule 6-1(a), plaintiff Judith Roberts and defendants Oregon Health & Science University, Summit Tech Consulting, LLC, Jonathan Scott International, LLC and Sally Godzer (collectively "Defendants"), by and through their undersigned counsel, hereby stipulate and agree that Defendants will answer or otherwise respond to the Complaint on or before July 17, 2009.

By entering into this Stipulation, the parties do not intend to waive and do not waive any procedural or substantive defenses, rights or objections, including, but not limited to, the defenses of lack of personal jurisdiction and improper venue.

STIPULATION AND ORDER RE EXSTENTION OF
TIME RE RESPONSE     -1-
C09-01477 MEJ

1  **IT IS SO STIPULATED:**

2

3  DATED: June 17, 2009                    PERKINS COIE LLP

4
                                           By: _____
5                                              Philip A. Leider

6                                          Attorney for Defendant
                                           Oregon Health & Science University
7

8  DATED: June ___, 2009                   GERNAZIAN LEGAL SERVICES, LLC

9
                                           By: _____
10                                             Charles Gernazian

11                                         Attorney for Defendants
                                           Summit Tech Consulting, LLC and Sally
12                                         Godzer

13

14 DATED: June ___, 2009                   LAW OFFICES OF HOWARD D. CADE

15
                                           By: _____
16                                             Howard Cade

17                                         Attorney for Defendant
                                           Jonathan Scott International, LLC
18

19
20 DATED: June 19, 2009                    SHEA LAW OFFICES

21                                         By: _____
                                               Mary Shea Hagebols
22
                                           Attorney for Plaintiff Judith Roberts
23

24

25

26

27

28

STIPULATION RE RESPONSE C09-01477 MEJ         -2-

IT IS SO STIPULATED:

DATED: June 19, 2009

PERKINS COIE LLP

By: _____
Philip A. Leider

Attorney for Defendant
Oregon Health & Science University

DATED: June ___, 2009

GERNAZIAN LEGAL SERVICES, LLC

By: _____
Charles Gernazian

Attorney for Defendants
Summit Tech Consulting, LLC and Sally Godzer

DATED: June 22nd, 2009

LAW OFFICES OF HOWARD D. CADE

By: _____
Howard Cade

Attorney for Defendant
Jonathan Scott International, LLC

DATED: June 19, 2009

SHEA LAW OFFICES

By: _____
Mary Shea Hagebols

Attorney for Plaintiff Judith Roberts

STIPULATION RE RESPONSE C09-01477 MEJ -2-

## ORDER

The foregoing Stipulation shall be the order of the Court.

Dated: June 25, 2009

_____
Maria-Elena James
United State Magistrate Judge

STIPULATION RE RESPONSE C09-01477 MEJ            -3-