1 Mary Shea Hagebols
  Shea Law Offices
2 1814 Franklin Street, Suite 800
  Oakland, CA 94612
3 Phone (510) 208-4422
  Fax (415) 520-9407
4 shealaw@aol.com

5 Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

77

| JUDITH ROBERTS, | Case No. C-09-01488 MEJ |
|---|---|
| Plaintiff, | PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT OHSU WITH PREJUDICE |
| v. | |
| OREGON HEALTH & SCIENCE UNIVERSITY, SUMMIT TECH CONSULTING, LLC, a Georgia Limited Liability Corporation, SUMMIT TECH CONSULTING, INC., a Georgia Corporation, JONATHAN SCOTT INTERNATIONAL, LLC, an Ohio Limited Liability Corporation, SALLY GODZER, an individual, and DOES 1-20, | |
| Defendants. | |

Plaintiff Judith Roberts hereby gives notice that defendant Oregon Health and Science University is dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) with prejudice. The parties will each bear their own costs and attorney's' fees. This dismissal shall not affect the pending claims against any other defendant.

DATED: June 24, 2009

SHEA LAW OFFICES

By: *Mary Shea Hagebols*
Mary Shea Hagebols

Attorney for Plaintiff Judith Roberts

Dated: July 2, 2009

GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA