UNITED STATES DISTRICT COURT

Northern District of California

JUDITH ROBERTS,

              Plaintiff(s),

   v.

OREGON HEALTH & SCIENCE UNIVERSITY,

              Defendant(s).
_____/

No. C 09-01477 MEJ

**ORDER CONTINUING CMC**

     This matter is currently scheduled for a case management conference on July 16, 2009. However, on June 24, 2009, the parties filed a stipulation to extend the time for Defendants to respond to Plaintiff's complaint to July 17, 2009. (Dkt. #4.) Although the stipulation does not address the c.m.c., the parties did not file a joint c.m.c. statement by yesterday's deadline. As it appears that a continuation is necessary, the Court hereby CONTINUES the c.m.c. to August 27, 2009 at 10:00 a.m. in Courtroom B. The parties shall file their joint statement by August 20, 2009.

**IT IS SO ORDERED.**

Dated: July 10, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge