| | |
|---|---|
| 1 | Mary Shea Hagebols (SBN 113222) |
| 2 | SHEA LAW OFFICES |
|   | 1814 Franklin Street, Suite 800 |
| 3 | Oakland, CA 94612 |
|   | Tel: 510-208-4422 |
| 4 | Fax: 415-520-9407 |
|   | shealaw@aol.com |
| 5 | |
| 6 | |
|   | Attorney for Plaintiff Judith Roberts |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUDITH ROBERTS, | | Case No. C09-01477 MEJ |
| Plaintiff, | | |
| v. | | STIPULATION AND ORDER RE EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT |
| OREGON HEALTH & SCIENCE UNIVERSITY, SUMMIT TECH CONSULTING, LLC, a Georgia Limited Liability Corporation; JONATHAN SCOTT INTERNATIONAL, LLC, an Ohio limited liability corporation; SALLY GODZER, an individual; and DOES 1-20, | | |
| Defendants. | | |

Pursuant to Civil Local Rule 6-1(a), plaintiff Judith Roberts and Summit Tech Consulting, LLC, Jonathan Scott International, LLC and Sally Godzer (collectively "Defendants"), by and through their undersigned counsel, hereby stipulate and agree that Defendants will answer or otherwise respond to the Complaint on or before August 17, 2009.

The parties have reached an informal resolution of this matter and need additional time to complete the necessary paperwork to formalize their agreements.

By entering into this Stipulation, the parties do not intend to waive and do not waive any procedural or substantive defenses, rights or objections, including, but not limited to, the defenses of lack of personal jurisdiction and improper venue.

STIPULATION AND ORDER RE  EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT Case No. C09-01477 MEJ            -1-

**IT IS SO STIPULATED:**

DATED: July 17, 2009           **GERNAZIAN LEGAL SERVICES, LLC**

                                                By:/S/ Charles Gernazian
                                                     Charles Gernazian

Attorney for Defendants
Summit Tech Consulting, LLC and Sally Godzer

DATED: July 17, 2009           **LAW OFFICES OF HOWARD D. CADE**

                                                By:/s/ Howard Cade
                                                   Howard Cade

Attorney for Defendant
Jonathan Scott International, LLC

DATED: July 17, 2009           **SHEA LAW OFFICES**

                                                By: /s/ Mary Shea Hagebols
                                                   Mary Shea Hagebols

Attorney for Plaintiff Judith Roberts

1 **ORDER**

2 The forgoing Stipulation shall be the order of the Court.

3 Dated: July 20, 2009

4 _____
Maria Elena James

5 United States Magistrate Judge

STIPULATION AND ORDER RE EXTENSION OF TIME FOR DEFENDANTS TO
RESPOND TO PLAINTIFF'S COMPLAINT Case No. C09-01477 MEJ

-3-