UNITED STATES DISTRICT COURT

Northern District of California

JUDITH ROBERTS,

          Plaintiff(s),

   v.

OREGON HEALTH & SCIENCE UNIVERSITY,

          Defendant(s).

No. C 09-01477 MEJ

**ORDER VACATING CMC**

**ORDER FOR PARTIES TO FILE STATUS REPORT**

This matter is currently scheduled for a case management conference on August 27, 2009. However, none of the remaining defendants have filed an answer to Plaintiff's Complaint, and the parties did not file a joint case management statement. Accordingly, the Court hereby VACATES the August 27, 2009 Case Management Conference and ORDERS the parties to file a joint status report by September 2, 2009.

**IT IS SO ORDERED.**

Dated: August 24, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge