1 | Mary Shea Hagebols (SBN 113222)
2 | SHEA LAW OFFICES
  | 1814 Franklin Street, Suite 800
  | Oakland, CA 94612
3 | Tel: 510-208-4422
  | Fax: 415-520-9407
4 | sheelaw@aol.com

5 | Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JUDITH ROBERTS, | CASE NO.: C-09-01477 |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| vs. | |
| OREGON HEALTH & SCIENCE UNIVERSITY, SUMMITH TECH CONSULTING, LLC, a Georgia Limited Liability Corporation, SUMMIT TECH CONSULTING, a Georgia Corporation, JONATHAN SCOTT INTERNATIONAL, LLC, an Ohio Limited Liability Corporation, SALLY GODZER, an individual, and DOES 1-20, | |
| Defendants. | |

### STIPULATION

It is hereby stipulated by and between the parties in this action that this entire matter is dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) with prejudice. The Parties will each bear their own costs and attorney's fees.

- 1 -
STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE OF ENTIRE ACTION
Case No.: C-09-01477

1 | **IT IS SO STIPULATED.**

4 | DATED:  July 28, 2009           SHEA LAW OFFICES

By: *Mary Shea Hagebols*
Mary Shea Hagebols, Esq.

Attorney for Plaintiff Judith Roberts

9 | DATED:  8/4, 2009               LAW OFFICES OF HOWARD D. CADE

By: *Howard D. Cade III*
Howard D. Cade III, Esq.

Attorney for Defendant Jonathan Scott International, LLC

14 | DATED:  July 29, 2009           GERNAZIAN LEGAL SERVICES, LLC

By: *Charles Gernazian*
Charles Gernazian, Esq.

Attorney for Defendants Summit Tech Consulting, LLC, Summit Tech Consulting, Inc., and Sally Godzer

**ORDER**

IT IS SO ORDERED.

DATED:  August 25, 2009

Maria Elena James
United States Magistrate Judge

- 2 -
STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE OF ENTIRE ACTION
Case No.: C-09-01477